UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

JARED SOWDERS and
GARRETH STEPHENS,

        Plaintiffs

v.

                                    CASE NO.:  4:16-cv-00199-TWP-DML

TOWN OF CLARKSVILLE,
INDIANA, ET AL.,

        Defendants

**DEFENDANTS' ANSWER TO THE PLAINTIFFS' COMPLAINT**

Come now the Defendants, by counsel, and for their Answer to the Plaintiffs' Complaint, hereby state as follows:

1.      With regard to the allegations contained in paragraph one of the Plaintiffs' Complaint, the Defendants admit Sowders and Stephens were residents of the State of Indiana at all times relevant to the Plaintiffs' Complaint and deny the remaining allegations contained in said paragraph.

2.      The Defendants admit the allegations contained in paragraph two of the Plaintiffs' Complaint.

3.      The Defendants admit the allegations contained in paragraph three of the Plaintiffs' Complaint.

4.      The Defendants admit the allegations contained in paragraph four of the Plaintiffs' Complaint.

5.      The Defendants admit the allegations contained in paragraph five of the Plaintiffs' Complaint.

6.      The Defendants admit the allegations contained in paragraph six of the Plaintiffs' Complaint.

7.      The Defendants admit the allegations contained in paragraph seven of the Plaintiffs' Complaint.

8.      The Defendants admit the allegations contained in paragraph eight of the Plaintiffs' Complaint.

9.      With regard to the allegations contained in paragraph nine of the Plaintiffs' Complaint, the Defendants admit on March 13, 2013, Kennedy received information from two female high school students potentially implicating Sowders in the crime, admit Sowders potentially threatened people, admit Sowders was a suspect based on the foregoing information and deny any allegation contained in said paragraph that is inconsistent with the foregoing or not specifically referenced herein.

10.     The Defendants deny the allegations contained in paragraph ten of the Plaintiffs' Complaint.

11.     The Defendants deny the allegations contained in paragraph eleven of the Plaintiffs' Complaint.

12.     The Defendants deny the allegations contained in paragraph twelve of the Plaintiffs' Complaint.

13.     The Defendants deny the allegations contained in paragraph thirteen of the Plaintiffs' Complaint.

14.     The Defendants deny the allegations contained in paragraph fourteen of the Plaintiffs' Complaint.

15.     With regard to the allegations contained in paragraph fifteen of the Plaintiffs' Complaint, the Defendants admit Costin was a suspect in the crime, had potential issues with drugs, and deny any allegation contained in said paragraph that is inconsistent with the foregoing or not specifically referenced herein.

16.     With regard to the allegations contained in paragraph sixteen of the Plaintiffs' Complaint, the Defendants admit they took a statement of Costin on March 18, 2013, admit Costin was Mirandized, and advised he was a suspect in the crime, and deny the remaining allegations contained in said paragraph.

17.     The Defendants deny the allegations contained in paragraph seventeen of the Plaintiffs' Complaint.

18.     With regard to the allegations contained in paragraph eighteen of the Plaintiffs' Complaint, the Defendants admit they took another statement of Costin and deny the remaining allegations contained in said paragraph.

19.     With regard to the allegations contained in paragraph nineteen of the Plaintiffs' Complaint, the Defendants admit the Costin statements speak for themselves and deny any characterization of the Costin statements that are inconsistent with the statements given by Costin and deny any remaining allegation contained in said paragraph.

20.     The Defendants deny the allegations contained in paragraph twenty of the Plaintiffs' Complaint.

21.     The Defendants deny the allegations contained in paragraph twenty-one of the Plaintiffs' Complaint.

22.     The Defendants deny the allegations contained in paragraph twenty-two of the Plaintiffs' Complaint.

23.     The Defendants deny the allegations contained in paragraph twenty-three of the Plaintiffs' Complaint.

24.     With regard to the allegations contained in paragraph twenty-four of the Plaintiffs' Complaint, the Defendants admit Kennedy prepared the probable cause affidavit, but deny the remaining allegations contained in said paragraph.

25.     With regard to the allegations contained in paragraph twenty-five of the Plaintiffs' Complaint, the Defendants admit the probable cause affidavit speaks for itself and deny any allegation in said paragraph that is inconsistent with the probable cause affidavit.

## THE ZIP TIES

26.     The Defendants admit the allegations contained in paragraph twenty-six of the Plaintiffs' Complaint.

27.     The Defendants deny the allegations contained in paragraph twenty-seven of the Plaintiffs' Complaint.

28.     With regard to the allegations contained in paragraph twenty-eight of the Plaintiffs' Complaint, the Defendants admit Kennedy and McDonald took a statement of Costin on March 18, 2013, deny any allegation in said paragraph that is inconsistent with the statement and deny any remaining allegation contained in said paragraph.

29.     The Defendants admit the allegations contained in paragraph twenty-nine of the Plaintiffs' Complaint.

30.     The Defendants deny the allegations contained in paragraph thirty of the Plaintiffs' Complaint.

31.     The Defendants deny the allegations contained in paragraph thirty-one of the Plaintiffs' Complaint.

32.     The Defendants deny the allegations contained in paragraph thirty-two of the Plaintiffs' Complaint.

33.     The Defendants admit the allegations contained in paragraph thirty-three of the Plaintiffs' Complaint.

34.     The Defendants deny the allegations contained in paragraph thirty-four of the Plaintiffs' Complaint.

35.     The Defendants admit the allegations contained in paragraph thirty-five of the Plaintiffs' Complaint.

36.     The Defendants deny the allegations contained in paragraph thirty-six of the Plaintiffs' Complaint.

37.     The Defendants deny the allegations contained in paragraph thirty-seven of the Plaintiffs' Complaint.

38.     With regard to the allegations contained in paragraph thirty-eight of the Plaintiffs' Complaint, the Defendants admit the State's DNA expert's testimony speaks for itself, deny any characterization in said paragraph that is inconsistent with the testimony and deny any remaining allegation contained in said paragraph.

39.     With regard to the allegations contained in paragraph thirty-nine of the Plaintiffs' Complaint, the Defendants admit the Sowder's DNA expert's testimony speaks for itself, deny any characterization in said paragraph that is inconsistent with the testimony and deny any remaining allegation contained in said paragraph.

40.     With regard to the allegations contained in paragraph forty of the Plaintiffs' Complaint, the Defendants admit the Sowder's DNA expert's testimony speaks for itself, deny any characterization in said paragraph that is inconsistent with the testimony and deny any remaining allegation contained in said paragraph.

41.     With regard to the allegations contained in paragraph forty-one of the Plaintiffs' Complaint, the Defendants admit the Sowder's DNA expert's testimony speaks for itself, deny any characterization in said paragraph that is inconsistent with the testimony and deny any remaining allegation contained in said paragraph.

42.     The Defendants deny the allegations contained in paragraph forty-two of the Plaintiffs' Complaint.

43.     The Defendants deny the allegations contained in paragraph forty-three of the Plaintiffs' Complaint.

## FIFTH AND SIXTH AMENDMENT
## VIOLATIONS

44.     The Defendants deny the allegations contained in paragraph forty-four of the Plaintiffs' Complaint.

45.     The Defendants admit the allegations contained in paragraph forty-five of the Plaintiffs' Complaint.

46.     The Defendants admit the allegations contained in paragraph forty-six of the Plaintiffs' Complaint.

47.     The Defendants admit the allegations contained in paragraph forty-seven of the Plaintiffs' Complaint.

48.     The Defendants admit the allegations contained in paragraph forty-eight of the Plaintiffs' Complaint.

49.     The Defendants deny the allegations contained in paragraph forty-nine of the Plaintiffs' Complaint.

50.     The Defendants deny the allegations contained in paragraph fifty of the Plaintiffs' Complaint.

51.     The Defendants deny the allegations contained in paragraph fifty-one of the Plaintiffs' Complaint.

52.     The Defendants admit the allegations contained in paragraph fifty-two of the Plaintiffs' Complaint.

53.     The Defendants admit the allegations contained in paragraph fifty-three of the Plaintiffs' Complaint.

54.     The Defendants admit the allegations contained in paragraph fifty-four of the Plaintiffs' Complaint.

55.     The Defendants admit the allegations contained in paragraph fifty-five of the Plaintiffs' Complaint.

56.     The Defendants admit the allegations contained in paragraph fifty-six of the Plaintiffs' Complaint.

57.     The Defendants admit the allegations contained in paragraph fifty-seven of the Plaintiffs' Complaint.

## JURISDICTION AND VENUE

58.     With regard to the allegations contained in paragraph fifty-eight of the Plaintiffs' Complaint, the Defendants admit the Court has jurisdiction over the case based on the nature of the Plaintiffs' allegations, deny the merits of the Plaintiffs' allegations, and admit the Court is the proper venue.

59.     The Defendants admit the allegations contained in paragraph fifty-nine of the Plaintiffs' Complaint.

60.     The allegations contained in paragraph sixty of the Plaintiffs' Complaint do not require a response, but the Defendants will also assert a right to a jury trial in this Answer.

## THE PARTIES

61.     With regard to the allegations contained in paragraph sixty-one of the Plaintiffs' Complaint, the Defendants admit at all relevant times Kennedy was a police officer and/or detective with the Town of Clarksville Police Department, acting under color of law in his individual capacity within the scope of his employment with the Police Department, admit Kennedy held the title of detective and lead investigator for this crime, admit he signed the probable cause affidavit, deny he knew probable cause did not exist, deny he should have known probable cause did not exist, deny probable cause did not exist to arrest Plaintiffs, deny portions of the probable cause affidavit were false and deny any allegation contained in said paragraph that is inconsistent with the foregoing or not specifically referenced herein.

62.     With regard to the allegations contained in paragraph sixty-two of the Plaintiffs' Complaint, the Defendants admit at all relevant times McDonald was a police officer and/or detective with the Town of Clarksville Police Department, acting under color of law in his individual capacity within the scope of his employment with the Police Department, admit McDonald was involved in the investigation of the crime, deny McDonald engaged in malicious prosecution of the Plaintiffs, deny McDonald knew the Plaintiffs were innocent, deny McDonald should have known the Plaintiffs were innocent, deny the Plaintiffs were innocent and deny any allegation contained in said paragraph that is inconsistent with the foregoing or not specifically referenced herein.

63.     The Defendants admit the allegations contained in paragraph sixty-three of the Plaintiffs' Complaint.

## UNCONSTITUTIONAL POLICIES AND CUSTOMS OF TOWN OF CLARKSVILLE

64.     With regard to the allegations contained in paragraph sixty-four of the Plaintiffs' Complaint, the Defendants deny investigative lapses occurred in the investigation of this crime, deny Plaintiffs were wrongfully arrested, deny the Plaintiffs were misidentified, deny the Plaintiffs were maliciously prosecuted, deny unconstitutional practices were routine in the Town of Clarksville and deny any allegation contained in said paragraph that is inconsistent with the foregoing or not specifically referenced herein.

65.     The Defendants deny the allegations contained in paragraph sixty-five of the Plaintiffs' Complaint, specifically denying the allegations contained in subparagraphs (a) through (f).

66.     With regard to the allegations contained in paragraph sixty-six of the Plaintiffs' Complaint, the Defendants deny the Town has unconstitutional policies, customs, patterns or practices, deny the Town exhibited deliberate indifference or reckless disregard for the Plaintiffs' constitutional rights and deny any allegation contained in said paragraph that is inconsistent with the foregoing or not specifically referenced herein.

67.     The Defendants deny the allegations contained in paragraph sixty-seven of the Plaintiffs' Complaint.

68.     The Defendants deny the allegations contained in paragraph sixty-eight of the Plaintiffs' Complaint, specifically denying the allegations contained in subparagraphs (a) through (j).

69.     With regard to the allegations contained in paragraph sixty-nine of the Plaintiffs' Complaint, the Defendants deny there was an unlawful investigation of the Plaintiffs, deny there was an unlawful prosecution of the Plaintiffs, deny the Defendants engaged in deliberate indifference to the Plaintiffs' constitutional rights, deny the Town failed to adequately train investigators, deny the Town failed to adequately supervise investigators, deny the Town failed to adequately discipline investigators and deny any allegation contained in said paragraph that is inconsistent with the foregoing or not specifically referenced herein.

### CUSTOM AND PRACTICE OF SUPPRESSING EXCULPATORY AND IMPEACHMENT INFORMATION AND SYSTEMIC FAILURE TO TRAIN, SUPERVISE AND DISCIPLINE INVESTIGATORS IN CARRYING OUT THEIR DUTIES

70.     The Defendants deny the allegations contained in paragraph seventy of the Plaintiffs' Complaint.

71.     With regard to the allegations contained in paragraph seventy-one of the Plaintiffs' Complaint, the Defendants deny the Plaintiffs were innocent, deny the Defendants engaged in deliberate indifference, deny the Defendants failed to train their investigators and deny any allegation contained in said paragraph that is inconsistent with the foregoing or not specifically referenced herein.

72.     With regard to the allegations contained in paragraph seventy-two of the Plaintiffs' Complaint, the Defendants deny the Town has a custom or practice of suppressing helpful information, deny the Town failed to train its investigators in their Brady or Giglio duties, deny the Defendants maliciously prosecuted the Plaintiffs, deny the Defendants covered up or withheld exculpatory or impeachment information, deny the Defendants engaged in misconduct, deny the Plaintiffs were wrongfully prosecuted, deny the Plaintiffs did not commit the murder of Baldwin, deny the Plaintiffs were innocent of murdering Baldwin and deny any

allegation contained in said paragraph that is inconsistent with the foregoing or not specifically referenced herein.

73.     The Defendants deny the allegations contained in paragraph seventy-three of the Plaintiffs' Complaint.

74.     The Defendants deny the allegations contained in paragraph seventy-four of the Plaintiffs' Complaint.

## **DAMAGES**

75.     The Defendants deny the allegations contained in paragraph seventy-five of the Plaintiffs' Complaint.

76.     The Defendants deny the allegations contained in paragraph seventy-six of the Plaintiffs' Complaint.

77.     With regard to the allegations contained in paragraph seventy-seven of the Plaintiffs' Complaint, the Defendants deny they engaged in unlawful, intentional, willful, deliberately indifferent, reckless, negligent or bad faith conduct, deny the Plaintiffs were wrongly seized, falsely arrested, indicted without probable cause, maliciously prosecuted, or subjected to illegal searches or cruel and unusual punishment and deny any allegation contained in said paragraph that is inconsistent with the foregoing or not specifically referenced herein.

78.     The Defendants deny the allegations contained in paragraph seventy-eight of the Plaintiffs' Complaint.

79.     The Defendants deny the allegations contained in paragraph seventy-nine of the Plaintiffs' Complaint.

**80.**     The Defendants deny the allegations contained in paragraph eighty of the Plaintiffs' Complaint.

## FEDERAL CONSTITUTIONAL CLAIMS

## COUNT I

## 42 U.S.C. § 1983 CLAIM FOR MALICIOUS PROSECUTION IN VIOLATION OF THE 4TH AND 14TH AMENDMENT

81.     With regard to the allegations contained in paragraph eighty-one of the Plaintiffs' Complaint, the Defendants reallege and incorporate herein by reference each and every answer to paragraphs one through eighty as though fully set forth herein.

82.     The Defendants deny the allegations contained in paragraph eighty-two of the Plaintiffs' Complaint.

83.     The Defendants deny the allegations contained in paragraph eighty-three of the Plaintiffs' Complaint.

84.     The Defendants deny the allegations contained in paragraph eighty-four of the Plaintiffs' Complaint.

85.     The Defendants deny the allegations contained in paragraph eighty-five of the Plaintiffs' Complaint.

86.     The Defendants deny the allegations contained in paragraph eighty-six of the Plaintiffs' Complaint.

87.     The Defendants deny the allegations contained in paragraph eighty-seven of the Plaintiffs' Complaint.

88.     The Defendants deny the allegations contained in paragraph eighty-eight of the Plaintiffs' Complaint.

89.     The Defendants admit the allegations contained in paragraph eighty-nine of the Plaintiffs' Complaint.

90.     The Defendants deny the allegations contained in paragraph ninety of the Plaintiffs' Complaint.

91.     The Defendants deny the allegations contained in paragraph ninety-one of the Plaintiffs' Complaint.

## COUNT II

## 42 U.S.C. § 1983 CLAIM FOR DEPRIVATION OF LIBERTY BY PABRICATING FALSE EXCULPATORY EVIDENCE, WITHOUT DUE PROCESS OF LAW, WITHHOLDING MATERIAL EXCULPATORY AND IMPEACHMENT EVIDENCE AND FAILING TO INVESTIGATE, INVIOLATION OF THE 14TH AMENDMENT OF THE US CONSTITUTION

92.     With regard to the allegations contained in paragraph ninety-two of the Plaintiffs' Complaint, the Defendants reallege and incorporate herein by reference each and every answer to paragraphs one through ninety-one as though fully set forth herein.

93.     The Defendants deny the allegations contained in paragraph ninety-three of the Plaintiffs' Complaint.

94.     The Defendants deny the allegations contained in paragraph ninety-four of the Plaintiffs' Complaint.

95.     The Defendants deny the allegations contained in paragraph ninety-five of the Plaintiffs' Complaint.

96.     The Defendants deny the allegations contained in paragraph ninety-six of the Plaintiffs' Complaint.

97.     The Defendants deny the allegations contained in paragraph ninety-seven of the Plaintiffs' Complaint.

98.     The Defendants deny the allegations contained in paragraph ninety-eight of the Plaintiffs' Complaint.

99.     The Defendants deny the allegations contained in paragraph ninety-nine of the Plaintiffs' Complaint.

100.    The Defendants deny the allegations contained in paragraph one hundred of the Plaintiffs' Complaint.

101.    The Defendants deny the allegations contained in paragraph one hundred and one of the Plaintiffs' Complaint.

102.    The Defendants deny the allegations contained in paragraph one hundred and two of the Plaintiffs' Complaint.

### *Failure to Investigate*

103.    The Defendants deny the allegations contained in paragraph one hundred and three of the Plaintiffs' Complaint and specifically deny the allegations contained in subparagraphs (a) through (k).

104.    The Defendants deny the allegations contained in paragraph one hundred and four of the Plaintiffs' Complaint.

105.    The Defendants deny the allegations contained in paragraph one hundred and five of the Plaintiffs' Complaint.

106.    The Defendants deny the allegations contained in paragraph one hundred and six of the Plaintiffs' Complaint.

## COUNT III

## 42 U.S.C. § 1983 CLAIM FOR ENGAGING IN CONDUCT THAT SHOCKS THE CONSCIENCE IN VIOLATION OF THE 14TH AMENDMENT'S GUARANTEE OF SUBSTANTIVE DUE PROCESS OF LAW

107.    With regard to the allegations contained in paragraph one hundred and seven of the Plaintiffs' Complaint, the Defendants reallege and incorporate herein by reference each and every answer to paragraphs one through one hundred and six as though fully set forth herein.

108.    The Defendants deny the allegations contained in paragraph one hundred and eight of the Plaintiffs' Complaint.

109.    The Defendants deny the allegations contained in paragraph one hundred and nine of the Plaintiffs' Complaint.

110.    The Defendants deny the allegations contained in paragraph one hundred and ten of the Plaintiffs' Complaint.

111.    The Defendants deny the allegations contained in paragraph one hundred and eleven of the Plaintiffs' Complaint.

112.    The Defendants deny the allegations contained in paragraph one hundred and twelve of the Plaintiffs' Complaint.

113.    The Defendants deny the allegations contained in paragraph one hundred and thirteen of the Plaintiffs' Complaint.

## COUNT IV

## 42 U.S.C. § 1983 CLAIM FOR SUPERVISORY LIABILITY AGAINST NAMED AND UNNAMED SUPERVISORS

114.    With regard to the allegations contained in paragraph one hundred and fourteen of the Plaintiffs' Complaint, the Defendants reallege and incorporate herein by reference each and

every answer to paragraphs one through one hundred and thirteen as though fully set forth herein.

115.     The Defendants deny the allegations contained in paragraph one hundred and fifteen of the Plaintiffs' Complaint.

116.     The Defendants deny the allegations contained in paragraph one hundred and sixteen of the Plaintiffs' Complaint.

117.     The Defendants deny the allegations contained in paragraph one hundred and seventeen of the Plaintiffs' Complaint.

118.     The Defendants deny the allegations contained in paragraph one hundred and eighteen of the Plaintiffs' Complaint.

119.     The Defendants deny the allegations contained in paragraph one hundred and nineteen of the Plaintiffs' Complaint.

120.     The Defendants deny the allegations contained in paragraph one hundred twenty of the Plaintiffs' Complaint.

121.     The Defendants deny the allegations contained in paragraph one hundred twenty-one of the Plaintiffs' Complaint.

## COUNT V

### 42 U.S.C. § 1983 CIVIL RIGHTS CONSPIRACY CLAIM
### AGAINST ALL NAMED INDIVIDUAL DEFENDANTS

122.     With regard to the allegations contained in paragraph one hundred twenty-two of the Plaintiffs' Complaint, the Defendants realleges and incorporate herein by reference each and every answer to paragraphs one through one hundred twenty-one as though fully set forth herein.

123.     The Defendants deny the allegations contained in paragraph one hundred twenty-three of the Plaintiffs' Complaint.

124.    The Defendants deny the allegations contained in paragraph one hundred twenty-four of the Plaintiffs' Complaint, specifically denying the allegations contained in subparagraphs (a) through (f).

125.    The Defendants deny the allegations contained in paragraph one hundred twenty-five of the Plaintiffs' Complaint.

## COUNT VI

## 42 U.S.C. SECTION 1983 *MONELL* CLAIM AGAINST TOWN OF CLARKSVILLE FOR PERVASIVE FAILURES TO TRAIN, SUPERVISE AND DISCIPLINE

126.    With regard to the allegations contained in paragraph one hundred twenty-six of the Plaintiffs' Complaint, the Defendants realleges and incorporate herein by reference each and every answer to paragraphs one through one hundred twenty-five as though fully set forth herein.

127.    The Defendants deny the allegations contained in paragraph one hundred twenty-seven of the Plaintiffs' Complaint.

128.    The Defendants deny the allegations contained in paragraph one hundred twenty-eight of the Plaintiffs' Complaint.

129.    The Defendants deny the allegations contained in paragraph one hundred twenty-nine of the Plaintiffs' Complaint.

130.    The Defendants deny the allegations contained in paragraph one hundred thirty of the Plaintiffs' Complaint.

131.    The Defendants deny the allegations contained in paragraph one hundred thirty-one of the Plaintiffs' Complaint.

132.    The Defendants deny the allegations contained in paragraph one hundred thirty-two of the Plaintiffs' Complaint.

133.    The Defendants deny the allegations contained in paragraph one hundred thirty-three of the Plaintiffs' Complaint.

134.    The Defendants deny the allegations contained in paragraph one hundred thirty-four of the Plaintiffs' Complaint.

135.    The Defendants deny the allegations contained in paragraph one hundred thirty-five of the Plaintiffs' Complaint.

## COUNT VII

### INTENTIONAL OR RECKLESS INFLICTION OF EMOTIONAL DISTRESS AGAINST INDIVIDUAL DEFENDANTS

136.    With regard to the allegations contained in paragraph one hundred thirty-six of the Plaintiffs' Complaint, the Defendants realleges and incorporate herein by reference each and every answer to paragraphs one through one hundred thirty-five as though fully set forth herein.

137.    The Defendants deny the allegations contained in paragraph one hundred thirty-seven of the Plaintiffs' Complaint.

138.    The Defendants deny the allegations contained in paragraph one hundred thirty-eight of the Plaintiffs' Complaint.

139.    The Defendants deny the allegations contained in paragraph one hundred thirty-nine of the Plaintiffs' Complaint.

## COUNT VIII

### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS AGAINST ALL DEFENDANTS

140.    With regard to the allegations contained in paragraph one hundred forty of the Plaintiffs' Complaint, the Defendants realleges and incorporate herein by reference each and every answer to paragraphs one through one hundred thirty-nine as though fully set forth herein.

141.    The Defendants deny the allegations contained in paragraph one hundred forty-one of the Plaintiffs' Complaint.

142.    The Defendants deny the allegations contained in paragraph one hundred forty-two of the Plaintiffs' Complaint.

143.    The Defendants deny the allegations contained in paragraph one hundred forty-three of the Plaintiffs' Complaint.

## COUNT IX

## NEGLIGENT SUPERVISION

144.    With regard to the allegations contained in paragraph one hundred forty-four of the Plaintiffs' Complaint, the Defendants realleges and incorporate herein by reference each and every answer to paragraphs one through one hundred forty-three as though fully set forth herein.

145.    The Defendants deny the allegations contained in paragraph one hundred forty-five of the Plaintiffs' Complaint.

146.    The Defendants deny the allegations contained in paragraph one hundred forty-six of the Plaintiffs' Complaint.

147.    The Defendants deny the allegations contained in paragraph one hundred forty-seven of the Plaintiffs' Complaint.

148.    The Defendants deny the allegations contained in paragraph one hundred forty-eight of the Plaintiffs' Complaint.

149.    The Defendants deny the allegations contained in paragraph one hundred forty-nine of the Plaintiffs' Complaint.

## COUNT X

## RESPONDEAT SUPERIOR

150.    With regard to the allegations contained in paragraph one hundred fifty of the Plaintiffs' Complaint, the Defendants realleges and incorporate herein by reference each and every answer to paragraphs one through one hundred forty-nine as though fully set forth herein.

151.    The Defendants deny the allegations contained in paragraph one hundred fifty-one of the Plaintiffs' Complaint.

152.    The Defendants deny the allegations contained in paragraph one hundred fifty-two of the Plaintiffs' Complaint.

WHEREFORE, the Defendants respectfully request the Plaintiffs take nothing by way of their Complaint, for Judgment in their favor, for their costs expended in this action and for all other just and proper relief in the premises.

### FIRST AFFIRMATIVE DEFENSE

The Plaintiffs' claims fail to state a claim upon which relief can be granted against some or all of the Defendants named herein.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiffs' Complaint is barred by the applicable statute of limitations and/or limitation of action of any cause pleaded in the Plaintiffs' Complaint.

### THIRD AFFIRMATIVE DEFENSE

The Defendants rely on the Plaintiffs' contributory negligence as a complete defense to any and all state law claim being asserted by the Plaintiffs herein.

## FOURTH AFFIRMATIVE DEFENSE

The Defendants rely on all immunities provided by the Indiana Tort Claims Act as a complete defense to the Plaintiff's state law claims.

## FIFTH AFFIRMATIVE DEFENSE

The Defendants rely on the defenses of qualified immunity, absolute immunity, prosecutorial immunity, common law immunity, and any other immunity as a complete defense to any and all claims of the Plaintiffs.

## SIXTH AFFIRMATIVE DEFENSE

The Defendants assert the Plaintiffs failed to serve a timely tort claim notice as required by the Indiana Tort Claims Act which bars any state law claim.

## REQUEST FOR TRIAL BY JURY

The Defendants, by counsel, hereby request a trial by jury on all issues so triable.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By:      s/R. Jeffrey Lowe
Jeffrey Lowe, Atty. #21508-22
KIGHTLINGER & GRAY, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN  47150
jlowe@k-glaw.com
Phone:  (812) 949-2300
Fax:  (812) 949-8556
*Counsel for Defendants, Town of Clarksville, Indiana, Mark Palmer, Chief of Police, Clarksville Police Department, Detective Jeff Kennedy, and Detective Shawn McDonald*

## CERTIFICATE OF SERVICE

I hereby certify that on the **17th day of January, 2017,** a copy of the foregoing Answer was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

William Perry McCall, III
MOSLEY, BERTRAND & MCCALL
332 Spring Street
Jeffersonville, IN 47130
Email:  wmpm3@msn.com

Christopher Sturgeon
411 Watt Street
Jeffersonville, Indiana 47130
Email:  csturgeonlaw@gmail.com
*Counsel for the Defendants,*
*Town of Clarksville, Mark Palmer,*
*Clarksville Police Department,*
*Jeff Kennedy and Shawn McDonald*

s/R. Jeffrey Lowe
R. Jeffrey Lowe

KIGHTLINGER & GRAY, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
Phone:  (812) 949-2300
Fax:  (812) 949-8556
jlowe@k-glaw.com

151546\3653467-1